**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER RUIZ MARAVILLA, | ) | No. C 11-03385 EJD (PR) |
| Petitioner, | ) ) | ORDER VACATING JUDGMENT AND REOPENING CASE |
| vs. | ) ) | |
| G. SWARTHOUT, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On September 6, 2011, the Court dismissed the instant action for failure to pay the filing fee. (See Docket No. 3.)

On the same day, the Clerk received the filing fee with a letter dated July 15, 2011. (Docket No. 5.) Accordingly, the Judgment entered on September 6, 2011, (Docket No. 4) is VACATED. The Court will conduct an initial review of the petition in a separate order.

The Clerk shall reopen the file.

DATED: October 12, 2011


EDWARD J. DAVILA
United States District Judge

G:\LEEH\ORDERS\EJD\HC.11\03385Maravilla_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAVIER RUIZ MARAVILLA,

         Petitioner,

  v.

G. SWARTHOUT, Warden,

         Respondent.
                                        /

Case Number: CV11-03385 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/12/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Ruiz Maravilla G-14768
P. O. Box 4000
Vacaville, CA 95696-4000

Dated: 10/12/2011

                                                 Richard W. Wieking, Clerk
                                         /s/ By: Elizabeth Garcia, Deputy Clerk