IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER RUIZ MARAVILLA, | ) | No. C 11-03385 EJD (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| vs. | ) ) | |
| G. SWARTHOUT, Warden, | ) ) | |
| Respondent. | ) ) | |

  Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. (<u>See</u> Docket No. 1.) The Court ordered Respondent to show cause why Petitioner's writ should not be granted. (<u>See</u> Docket No. 7.) Respondent requested an extension of time to file a motion to dismiss. (<u>See</u> Docket No. 8.) The Court granted Respondent's motion, and set June 4, 2012 as the due date for the motion to dismiss. (<u>See</u> Docket No. 9.) Respondent filed a motion to dismiss on May 1, 2012. (<u>See</u> Docket No. 10.) On August 27, 2012, Petitioner notified the Court that he had not received a responsive pleading from Respondent. (<u>See</u> Docket No. 12.) Petitioner also filed a notice of change of address. (<u>See</u> Docket No. 11.) On August 28, 2012, Respondent filed an amended declaration of service indicating that his motion to dismiss was served on Petitioner at his new address. (<u>See</u> Docket No. 13.)

Order Granting Ext. of Time to File Opp.
N:\Pro - Se & Death Penalty Orders\August 2012\03385Maravilla_eot.opp.wpd

In the interest of justice, the Court GRANTS Petitioner an extension of time in which to file an opposition to Respondent's motion to dismiss. Petitioner shall file a opposition **no later than September 27, 2012**, thirty (30) days after the motion to dismiss was served. Respondent shall file a reply **no more than fifteen (15) days thereafter**.

DATED: 8/31/2012

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. of Time to File Opp.
N:\Pro - Se & Death Penalty Orders\August 2012\03385Maravilla_eot.opp.wpd  2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAVIER RUIZ MARAVILLA,

        Plaintiff,

  v.

G. SWARTHOUT et al,

        Defendant.

Case Number: CV11-03385 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Ruiz Maravilla G-14768
Deuel Vocational Institution
P. O. Box 600
Tracy, CA 95378-0600

Dated: September 4, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk